**Fill in this information to identify the case:**

Debtor name: Joonko Diversity Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 24-11007

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2024 | to Filing date | ☐ Operating a business<br>☑ Other _____ | $ 0.00 |
   | **For prior year:** | From 1/1/2023 | to 12/31/2023 | ☐ Operating a business<br>☐ Other Subscription Services | $ 170,123 |
   | **For the year before that:** | From 1/1/2022 | to 12/31/2022 | ☐ Operating a business<br>☐ Other Subscription Services | $ 254,709 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 1/1/2024 | to Filing date | Interest Income | $ 90,717 |
   | **For prior year:** | From 1/1/2023 | to 12/31/2023 | Interest Income | $ 104,199 |
   | **For the year before that:** | From 1/1/2022 | to 12/31/2022 | Interest Income | $ 3,676 |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Joonko Diversity Inc.  
       Name

Case number (*if known*) 24-11007

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached rider<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

Debtor  Joonko Diversity Inc.                                    Case number (*if known*) 24-11007
        _____
        Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ <br> _____ <br> _____ | _____ | $_____ |
| 5.2. _____ Creditor's name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ <br> _____ <br> _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | _____ <br> _____ <br> Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ilit Raz v. Joonko Diversity Inc. | Advancement | Court of Chancery of the State of Delaware <br> Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | **Case number** <br> 2024-0036-NAC | | | |
| 7.2. | **Case title** <br> _____ | _____ | **Court or agency's name and address** <br> _____ Name <br> _____ Street <br> _____ <br> _____ City  State  ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
|  | **Case number** <br> _____ | | | |

Debtor  Joonko Diversity Inc.  
_____Name_____

Case number (*if known*) 24-11007

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | _____ Custodian's name | _____ | $_____ |
   | _____ Street | **Case title** | **Court name and address** |
   | _____ | _____ | _____ Name |
   | _____City____State__ZIP Code | **Case number** | _____ Street |
   | | _____ | _____ |
   | | **Date of order or assignment** | _____City____State__ZIP Code |
   | | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. _____ Recipient's name | _____ | _____ | $_____ |
   | _____ Street | _____ | | |
   | _____City____State__ZIP Code | | | |
   | **Recipient's relationship to debtor** _____ | | | |
   | 9.2. _____ Recipient's name | _____ | _____ | $_____ |
   | _____ Street | _____ | | |
   | _____City____State__ZIP Code | | | |
   | **Recipient's relationship to debtor** _____ | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | _____<br>_____ | _____ | _____ | $_____ |

Debtor  Joonko Diversity Inc.  
　　　　Name

Case number (*if known*) 24-11007

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attached Rider | _____ | _____ | $_____ |

**Address**

_____  
Street

_____  
City　　　State　　ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |

**Address**

_____  
Street

_____  
City　　　State　　ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor     Joonko Diversity Inc.                        Case number (*if known*) 24-11007
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** Street / City / State / ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | | | | $ |
| | **Address** Street / City / State / ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 433 Broadway, New York, NY 10013 | From 12/1/2021 | To 7/31/2023 |
| 14.2. | 584 Broadway, 6th Floor, New York, NY 10012 | From 12/1/2021 | To 6/15/2023 |

Debtor  Joonko Diversity Inc.                                    Case number (*if known*) 24-11007
         Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
  Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

Debtor  Joonko Diversity Inc.                                    Case number (*if known*) 24-11007
        Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Servis First Bank<br>2500 Woodcrest Place<br>Birmingham, AL 35209 | XXXX–6 0 1 2 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 4/19/2024 | $ 21,889 |
| 18.2. | Servis First Bank<br>2500 Woodcrest Place<br>Birmingham, AL 35209 | XXXX–4 3 9 8 | ☐ Checking<br>☐ Savings<br>☑ Money market<br>☐ Brokerage<br>☐ Other_____ | 4/19/2024 | $ 0 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor  Joonko Diversity Inc.                             Case number (*if known*) 24-11007
        Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| _____ | City    State    ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Debtor  Joonko Diversity Inc.  Case number (*if known*) 24-11007
       Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
   ☒ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name Street City  State  ZIP Code | Name Street City  State  ZIP Code | | |

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name Street City  State  ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name Street City  State  ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name Street City  State  ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____  To _____ |

Debtor  Joonko Diversity Inc.                                           Case number (*if known*) 24-11007
        Name

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

   | | Name and address | Dates of service |
   |---|---|---|
   | 26a.1. | See Attached Rider<br>Name<br>_____<br>Street<br>_____<br>City            State            ZIP Code | From _____ To _____ |
   | 26a.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City            State            ZIP Code | From _____ To _____ |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

   | | Name and address | Dates of service |
   |---|---|---|
   | 26b.1. | See Attached Rider<br>Name<br>_____<br>Street<br>_____<br>City            State            ZIP Code | From _____ To _____ |
   | 26b.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City            State            ZIP Code | From _____ To _____ |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

   | | Name and address | If any books of account and records are unavailable, explain why |
   |---|---|---|
   | 26c.1. | See Attached Rider<br>Name<br>_____<br>Street<br>_____<br>City            State            ZIP Code | _____<br>_____<br>_____ |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **11**

Debtor   Joonko Diversity Inc.  
      Name

Case number (*if known*) 24-11007

|  | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | **Name and address** |
|---|---|
| 26d.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code |
| 26d.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No  
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.   _____  
      Name  
_____  
Street  
_____  
_____  
City          State          ZIP Code

Debtor  Joonko Diversity Inc.    Case number (*if known*) 24-11007
      Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |
| | **Name and address of the person who has possession of inventory records** | | |
| 27.2. | Name | | |
| | Street | | |
| | City                          State         ZIP Code | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ilan Band | Address on File | CEO | |
| Liad Agmon | Address on File | Board Member | |
| Yanai Oron | Address on File | Board Member | |
| Udi Netzer | Address on File | Board Member | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached Rider | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |
| Street | | | |
| City                State    ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor __Joonko Diversity Inc._____ Case number (*if known*) 24-11007_____
      Name

**Name and address of recipient**

30.2
_____
Name

_____
Street

_____

_____
City          State      ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 04 / 2024
             MM / DD / YYYY

✗ _____     Printed name  Ilan Band
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **14**

Debtor: **Joonko Diversity Inc.**  Case number (if known): **24-11007**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.1 | 584 BROADWAY LLC<br>C/O OLMSTEAD PROPERTIES, INC.<br>575 EIGHTH AVENUE, SUITE 2400<br>NEW YORK, NY  10018 | 3/26/2024 | SUBTOTAL | $90,486.11<br>$90,486.11 | RENT, SURRENDER OF LEASE |
| 3.2 | BMC GROUP, INC.<br>ATTN: TINAMARIE FEIL<br>600 1ST AVENUE<br>SEATTLE, WA  98104 | 4/9/2024 | SUBTOTAL | $20,000.00<br>$20,000.00 | LEGAL |
| 3.3 | DELAWARE CORP & TAX<br>TAXES<br>, | 2/20/2024<br>3/4/2024 | SUBTOTAL | $10,667.42<br>$7,833.22<br>$18,500.64 | TAX 2022<br>TAX 2023 |
| 3.4 | MCDERMOTT WILL & EMERY LLP<br>444 WEST LAKE STREET, SUITE 4000<br>CHICAGO, IL  60606 | 2/14/2024<br>3/20/2024<br>4/4/2024<br>5/9/2024 | SUBTOTAL | $49,661.45<br>$500,000.00<br>$750,000.00<br>$450,000.00<br>$1,749,661.45 | LEGAL<br>LEGAL<br>LEGAL<br>LEGAL |
| | | | TOTAL | $1,878,648.20 | |

**Joonko Diversity Inc**  Case Number:  24-11007

**Part 6:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Certain Payments or Transfers - Payments related to bankruptcy

11. List any payments of money or other transfers of property make by the debtor or person actong on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consultaned about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| | Name and Address of Payee | Email or Website Address | Payor if not the Debtor | If not money, describe property transferred | Date of Payment or Transfer | Total amount or value |
|---|---|---|---|---|---|---|
| 11.1 | McDermott Will and Emery LLC<br>The Brandywine Building<br>1000 N West Street, Suite 1400<br>Wilmington, DE 19801 | dhurst@mwe.com | | | 4/4/2024 | $750,000 |
| 11.2 | McDermott Will and Emery LLC<br>The Brandywine Building<br>1000 N West Street, Suite 1400<br>Wilmington, DE 19801 | dhurst@mwe.com | | | 5/9/2024 | $450,000 |
| 11.3 | BMC Group inc<br>Tinamarie Feil<br>600 1st Avenue<br>Seattle, WA  98104 | tfeil@bmcgroup.com | | | 4/9/2024 | $20,000 |

| Joonko Diversity Inc | | | | Case Number:  24-11007 |

### Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Details About the Debtor's Business or Connections to Any Business

**26. Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing the case

|        | Name | Address | Begin Date of Service | End Date of Service |
|--------|------|---------|----------------------|---------------------|
| 26a.1  | Profitian Finance NZ Ltd. | 2 Haofe Street, Kadima Tzoran Israel, 6092000 | 6/2023 | Present |
| 26a.2  | Early Growth Financial Services - Escalon Services, Inc. | 2345 Yale Street, #First Floor Palo Alto, CA  94306 | 2/2022 | 2/2024 |

| Joonko Diversity Inc | | | Case Number: | 24-11007 |

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy Details About the Debtor's Business or Connections to Any Business |

26. Books, records, and financial statements

    26b. All firms or individuals who have audited, compiled, or reviewed books and records or prepared a financial statement within 2 years before filing the case.

| | Name | Address | Begin Date of Service | End Date of Service |
|---|---|---|---|---|
| 26b.1 | KMPG Somekh Chaikin | 17 Ha'arba'a Street, PO Box 609<br>Tel Aviv, Israel 61006 | 9/2023 | Present |
| 26b.2 | Early Growth Financial Services - Escalon Services, Inc | 2345 Yale Street, First Floor<br>Palo Alto, CA 94306 | 2/2022 | 2/2024 |
| 26b.3 | BMSS, LLC | 1121 Riverchase Office Rodd<br>Birmingham, AL 35244 | 2019 | 2022 |

**Joonko Diversity Inc**                                                                                                          **Case Number: 24-11007**

**Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Details About the Debtor's Business or Connections to Any Business**

26. Books, records, and financial statements

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case filed.

| | Name | Address | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | KMPG Somekh Chaikin | 17 Ha'arba'a Street, PO Box 609<br>Tel Aviv, Israel  61006 | |
| 26c.2 | Early Growth Financial Services - Escalon Services, Inc. | 2345 Yale Street, First Floor<br>Palo Alto, CA  94306 | |
| 26c.3 | BMSS, LLC | 1121 Riverchase Office Road<br>Birmingham, AL  35244 | |
| 26c.4 | Profitian Finance NZ Ltd. | 2 Haofe Street, Kadima Tzoran<br>Isreal, 6092000 | |

**Joonko Diversity Inc.**                                                                                                              Case Number: 24-11007

| Part 13: | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** <br> Details About the Debtor's Business or Connections to Any Business |
|---|---|

29. Within 1 year before the filing of the case, list the officers, directors, managing members, general partners, members in control of the debtor, or shareholders in contol of the debtor who no longer hold those positions

|   | Name | Address | Position | Nature of Any Interest | Period During Which Position Was Held From - To |
|---|---|---|---|---|---|
| 29.1 | Ilit Raz | Address on File | Former CEO and Board member | | Until 6/2023 |
| 29.2 | Peera Feldman | Address on File | CMO | | 2019-2023 |
| 29.3 | Nofar Bracha | Address on File | CTO | | 2019-2023 |
| 29.4 | Albrey Brown | Address on File | GM of New York office | | 2022-2023 |
| 29.5 | Ilan Band | Address on File | CEO | | 6/2023 - Present |